# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137000 & (85)

BRIAN EBBERS, JEFF STEINPORT,
and KAREN NEAL,
   Plaintiffs-Appellants,

v

SECRETARY OF STATE, ATTORNEY
GENERAL, and KENT COUNTY
PROSECUTOR,
   Defendants-Appellees,

SC: 137000
COA: 283782
Kent CC: 08-000699-CZ

and

STATE REPRESENTATIVE ROBERT DEAN,
   Intervening Defendant-Appellee.
_____/

   On order of the Court, the motion for peremptory reversal is DENIED. The application for leave to appeal the June 19, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

d0120